COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTIONS

Case number:  01-08-00337-CR

Style:  *Donna Gayle Holcomb, Appellant v. The State of Texas, Appellee*

Type of motions:  Motion for extension of time to file motion for rehearing and
Pro se motion to abate appeal or grant alternative relief and request to order counsel to withdraw

Party filing motions:  Appellant

The motion for extension of time to file motion for rehearing is **granted**.  The pro se motion to abate appeal or grant alternative relief is **dismissed as moot**.  The pro se request to order counsel to withdraw is **denied**.  *See Carroll v. State*, 176 S.W.3d 249, 255–56 (Tex. App.—Houston [1st Dist.] 2004, pet. ref'd).

Judge's signature:  /s/ Jane Bland
Acting for the Court

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

Date:  August 28, 2014.